PROB. 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
for
## WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.
05 OCT 27 PM 4:39
THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF TN

U.S.A.   vs.   Deloris Pampley     Docket No. 2:03CR20023-001

### Petition on Probation and Supervised Release

**COMES NOW** ____GERALD HUNT____, PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of ___Deloris Pampley___, who was placed on supervision by the Honorable _Bernice B. Donald_ sitting in the Court at _Memphis, TN._, on the 16th day of October, 20 03 who fixed the period of supervision at _two (2) years*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

\* On October 7, 2005, Supervised Release began in the Western District of Tennessee.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

Based on previous substance abuse history, it appears Ms. Pampley would benefit from enrollment in a drug program. Ms. Pampley indicated her willingness to participate in such program as evidenced by her signature on the attached waiver.

**PRAYING THAT THE COURT WILL ORDER** the modification of the conditions of Ms. Pampley's Supervised Release to require participation in drug treatment and testing as directed by the Probation Office.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 27th day of October, 2005, and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _____<br>Gerald Hunt<br>U. S. Probation Officer<br><br>Place: Memphis, Tennessee<br><br>Date: October 19, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 10-28-05

18

PROB 49
(3/89)

# United States District Court

<u>Western</u> District <u>Tennessee</u>

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

```
You shall participate in a program which may include inpatient
therapy for treatment of drug/alcohol dependency, including testing
to determine if you have reverted to the use of drugs/alcohol. You
shall also abstain from the use of drugs/alcohol during and after
the course of treatment.
```

Witness: _____    Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

10-18-05
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:03-CR-20023 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT